IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CONGREGATION AGUDAS ACHIM, § § § *Plaintiff*, § § VS. § § PHILADELPHIA INDEMNITY § INSURANCE COMPANY, ET AL., § § *Defendants*. § | CASE NO. 1:17-cv-00430-SS |

## AGREED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Congregation Agudas Achim ("Plaintiff") and Defendant Philadelphia Indemnity Insurance Company ("Defendant"), through the undersigned counsel, jointly stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have been asserted against Defendant in this action, as such parties have agreed upon the settlement and compromise of all claims Plaintiff made against all named Defendants. Each party agrees to bear its own attorneys' fees and costs.

Dated: ~~August~~ September 17, 2018

Respectfully submitted,

/s/ Charles L. Levy
Charles L. Levy
Texas Bar No. 12264500
Admitted in Western District of Texas
LAW OFFICE OF CHARLES L. LEVY
P.O. Box 459
Waco, Texas 76703
Telephone: 254-776-1770
Facsimile: 254-776-5515

Email: charlesllevy@gmail.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF
CONGREGATION AGUDAS ACHIM**

/s/ *William R. Pilat*
William R. Pilat
Texas Bar No. 00788205
Admitted in Western District of Texas
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056
Telephone: 713-425-7400
Facsimile: 713-425-7700
Email: wpilat@krcl.com

**ATTORNEY IN CHARGE FOR DEFENDANT
PHILADELPHIA INDEMNITY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on ~~August~~ September 17, 2018, a true and correct copy of the foregoing *Agreed Joint Stipulation of Dismissal with Prejudice* was forwarded to all other counsel of record, as listed below, by electronic filing through the electronic case filing system that serves the United States District Court for the Western District of Texas:

William R. Pilat
Kane Russell Coleman Logan PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056

/s/ *Charles L. Levy*
Charles L. Levy