IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**CONGREGATION AGUDAS ACHIM,**
      **Plaintiff,**

-vs-                                                Case No. A-17-CV-430-SS

**PHILADELPHIA INDEMNITY
INSURANCE COMPANY,
ENGLE MARTIN & ASSOCIATES, INC.,
and DEAN HENGST,**
      **Defendants.**

___

### ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED on this day there was presented to the Court the Agreed Joint Stipulation of Dismissal With Prejudice [#20] between Plaintiff Congregation Agudas Achim and Defendant Philadelphia Indemnity Insurance Company, Plaintiff's Notice of Dismissal With Prejudice [#21] as to all claims Plaintiff asserted or could have asserted against Defendant Dean Hengst, and Plaintiff's Notice of Dismissal with Prejudice [#33] as to all claims Plaintiff asserted or could have asserted against Defendant Engle Martin & Associates. Having duly considered the same, the Court enters the following orders:

    IT IS ORDERED that the Agreed Joint Stipulation of Dismissal With Prejudice [#20], Plaintiff's Notice of Dismissal With Prejudice [#21] as to Defendant Dean Hengst, and Plaintiff's Notice of Dismissal With Prejudice [#22] as to Defendant Engle Martin & Associates, Inc. are GRANTED in all respects.

Having granted in all respects the Agreed Joint Stipulation of Dismissal With Prejudice [#20], Plaintiff's Notice of Dismissal With Prejudice [#21] as to Defendant Dean Hengst, and

Plaintiff's Notice of Dismissal With Prejudice [#22] as to Defendant Engle Martin & Associates, Inc., the Court enters its final judgment:

      IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Congregation Agudas Achim's claims against Defendants Philadelphia Indemnity Insurance Company, Engle Martin & Associates, Inc., and Dean Hengst are DISMISSED with prejudice; and

      IT IS FINALLY ORDERED, ADJUDGED AND DECREED that all costs are taxed against the party incurring same, for which let execution issue.

SIGNED this the 24th day of September 2018.

                                          _____
                                          SAM SPARKS
                                          SENIOR UNITED STATES DISTRICT JUDGE